CHARLES E. CLOUGH, APPELLEE, V. NORTH CENTRAL GAS
COMPANY, A CORPORATION, APPELLANT, KENNETH P.
GRIER ET AL., APPELLEES.
36 N. W. 2d 573

Filed April 1, 1949. No. 32469.

See 150 Neb. 418, 34 N. W. 2d
862, for original opinion.

*Mothersead & Wright* and *Robert G. Simmons, Jr.*, for
appellant.

*Atkins & Lyman* and *True R. Ferguson*, for appellee
Charles E. Clough.

Heard before CARTER, MESSMORE, YEAGER, CHAPPELL,
WENKE, and BOSLAUGH, JJ.

MESSMORE, J.
We deem it advisable to clarify the original opinion
reported in 150 Neb. 418, 34 N. W. 2d 862, in the follow-
ing respect so that there be no misunderstanding as to
our holding therein. Therefore, syllabus 2 of the orig-
inal opinion is withdrawn and in lieu thereof the fol-
lowing is substituted:

2. When secondary evidence becomes admissible the
passage of an ordinance may be shown by proof of the
published official proceedings of a city council showing
the action taken with reference to the passage thereof.
Proof of the publication of an ordinance sworn to by the
publisher of the newspaper in which such publication
was printed, where such ordinance has been lost or
destroyed, constitutes sufficient secondary evidence to
prove the publication thereof.

The motion for rehearing is overruled.